UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>upon the relation and<br>for the use of the<br>TENNESSEE VALLEY AUTHORITY<br>Plaintiff | |
| v. | Civil Action No. 2:05cv202 |
| AN EASEMENT AND RIGHT-OF-WAY OVER 0.52 ACRE OF LAND, MORE OR LESS, IN CHEROKEE COUNTY, NORTH CAROLINA<br><br>DEBORAH L. WILLETTE, ET AL.<br>Defendants | |

## ORDER OF POSSESSION

Pursuant to 40 U.S.C. § 258a (2000), which authorizes the Court "to give the Government immediate possession of the [condemned] property" (*United States v. Miller*, 317 U.S. 369, 381, 63 S.Ct. 276, 87 L.Ed. 336 (1943)), it is hereby Ordered that the Tennessee Valley Authority, as agent of the United States of America, be put into immediate possession of the property described in the Declaration of Taking filed in this action to the extent necessary to permit the Tennessee Valley Authority to carry on any of its operations described in the

1

USA upon the relation & for the use of the TVA v. An Easement an...r less, in Cherokee Co. NC, et al    Doc. 4

Dockets.Justia.com

pleadings filed herein, and that the Defendants in such action surrender possession of the said property to the Tennessee Valley Authority accordingly.

This 23rd day of June, 2005.

_____
United States District Judge

0037381010